Ronald G. GUNN, Plaintiff–Appellant,

v.

Carolyn W. COLVIN, Commissioner of Social Security, Defendant–Appellee.

No. 13–35052.

United States Court of Appeals, Ninth Circuit.

Submitted May 27, 2014.**

Filed July 1, 2014.

Ronald G. Gunn, Fairbanks, AK, pro se.

Gary Michael Guarino, Assistant U.S., Office of the U.S. Attorney, Anchorage, AK, Leisa Wolf, Esquire, SSA–Social Security Administration, Office of the General Counsel, Seattle, WA, for Defendant–Appellee.

Before: D. NELSON, LEAVY, and THOMAS, Circuit Judges.

MEMORANDUM *

Ronald G. Gunn appeals the district court's judgment affirming the Commissioner of Social Security's decision denying his application for Supplemental Security Income under Title XVI of the Social Security Act. We have jurisdiction under 28 U.S.C. § 1291.

Because Gunn did not argue any discernable issues in his opening brief, we affirm the district court. *See Nevada Dept. of Corrections v. Greene*, 648 F.3d 1014, 1020 (9th Cir.2011) (pro se appellant's issues were deemed waived by his failure to support any of the issues with argument); *Independent Towers of Wash. v. Washington*, 350 F.3d 925, 929 (9th Cir. 2003) (this court reviews only issues argued specifically in a party's opening brief).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).